CASSANDRA J RICHEY
CA NO. 155721
BARRETT DAFFIN FRAPPIER
TREDER & WEISS, LLP
20955 PATHFINDER ROAD SUITE 300
DIAMOND BAR, CA 91765
Phone: (626) 915-5714, Fax: (972) 661-7726
E-mail: CDCAECF@BDFGROUP.COM
FILE NO. 7770878

Attorney for Movant
WELLS FARGO BANK, N.A.,

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br>ROGELIO GONZALEZ AKA ROGELIO GONZALEZ, JR., DBA ANC ELECTRIC, INC., CAROL GONZALEZ AKA CAROL LYNN PEREZ GONZALEZ<br><br>Debtors. | CASE NO.:    2:18-bk-18075-ER<br><br>CHAPTER:    7<br><br>STIPULATION TO CONTINUE HEARING ON MOTION FOR RELIEF<br><br>**Current Hearing Date:**<br>DATE:        September 24, 2018<br>TIME:        10:00 a.m.<br>PLACE:      U.S. Bankruptcy Court<br>                    Courtroom 1568, 15th Floor<br>                    255 East Temple Street<br>                    Los Angeles, CA 90012<br><br>**Requested Hearing Date:**<br>DATE:        January 28, 2019<br>TIME:        10:00 a.m.<br>PLACE:      U.S. Bankruptcy Court<br>                    Courtroom 1568, 15th Floor<br>                    255 East Temple Street<br>                    Los Angeles, CA 90012 |

      Comes now, WELLS FARGO BANK, N.A. ("Movant"), by and through its attorneys of record, Cassandra J. Richey of Barrett Daffin Frappier Treder & Weiss, LLP, and Brad D. Krasnoff, Chapter 7 Trustee for the estate of Rogelio and Carol Gonzalez ("Debtors"), by

and through his attorneys of record, Sonia Singh of Danning, Gill, Diamond & Kollitz, LLP who hereby stipulate as follows:

## RECITALS

1. This case was commenced by the filing of a Voluntary Petition for Relief under Chapter 7 of Title 11 of the United States Code on July 16, 2018 by Debtors, Rogelio Gonzalez and Carol Gonzalez.

2. On August 30, 2018, Wells Fargo Bank, N.A., filed a Motion for Relief from the Automatic Stay requesting relief under 11 U.S.C sections 362(d)(1) and 362(d)(2) in connection with its first priority Deed of Trust encumbering Debtors' real property located at 47 Oak Cliff Drive, Pomona, CA  91766 ("Property") ("Motion").

3. On September 10, 2018, the Chapter 7 Trustee, Brad D. Krasnoff filed opposition to the Motion.

4. The hearing on the Motion was held on September 24, 2018.

5. The Debtors have not filed an opposition to the Motion as a statement of intent to surrender the Property was filed with the petition.  Movant and the Chapter 7 Trustee have met and conferred and agreed to continue the hearing on the Motion to allow the Chapter 7 Trustee an opportunity to sell the Property.

6. The parties had discussed a six month continuance but the last hearing available on the Court's self-calendar is January 28, 2019 at 10:00 a.m., which is four months.  The parties have agreed that should the Trustee need an additional two months continuance, the request is likely to be granted after evaluation of the status of any sale plans for the Property at the January 2019 hearing.

## STIPULATION

Wells Fargo Bank, N.A. and the Chapter 7 Trustee, by and through their attorneys of record, do hereby stipulate and agree as follows:

1. That the above Recitals are true and correct; and

2. That the hearing on the Motion scheduled to take place on September 24, 2018, be continued to January 28, 2019 at 10:00 a.m.

3. Wells Fargo Bank, N.A. has lodged concurrently herewith a proposed Order approving the instant Stipulation. It is respectfully requested that the Court enter said Order.

IT IS SO STIPULATED

                                        BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP

DATE:                              By:   /s/Cassandra J. Richey
                                              CASSANDRA J. RICHEY
                                              Attorney for Movant

                                      DANNING, GILL, DIAMOND & KOLLITZ, LLP

DATE:                              By:
                                              SONIA SINGH
                                              Attorneys for Chapter 7 Trustee, Brad D. Krasnoff

1.     That the above Recitals are true and correct; and

2.     That the hearing on the Motion scheduled to take place on September 24, 2018, be continued to January 28, 2019 at 10:00 a.m.

3.     Wells Fargo Bank, N.A. has lodged concurrently herewith a proposed Order approving the instant Stipulation. It is respectfully requested that the Court enter said Order.

IT IS SO STIPULATED

                                                    BARRETT DAFFIN FRAPPIER TREDER
                                                    & WEISS, LLP

DATE:                             By:    /s/Cassandra J. Richey
                                                  CASSANDRA J. RICHEY
                                                  Attorney for Movant


                                                  DANNING, GILL, DIAMOND & KOLLITZ, LLP

DATE: 9/24/18                  By:    [signature]
                                                  SONIA SINGH
                                                  Attorneys for Chapter 7 Trustee, Brad D. Krasnoff