1  ERIC P. ISRAEL (State Bar No. 132426)
   *eisrael@dgdk.com*
2  SONIA SINGH (State Bar No. 311080)
   *ssingh@dgdk.com*
3  DANNING, GILL, DIAMOND & KOLLITZ, LLP
   1900 Avenue of the Stars, 11th Floor
4  Los Angeles, California 90067-4402
   Telephone: (310) 277-0077
5  Facsimile: (310) 277-5735

6  Attorneys for Brad D. Krasnoff, Chapter 7 Trustee

7

8              **UNITED STATES BANKRUPTCY COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10               **LOS ANGELES DIVISION**

11 | In re | Case No. 2:18-bk-18075-ER |

12 | ROGELIO GONZALEZ AND CAROL | Chapter 7 |
   | GONZALEZ, | |

13 | | **STIPULATION TO CONTINUE** |
   |         Debtor. | **HEARING DATE ON MOTION OF** |
14 | | **WELLS FARGO BANK, N.A. FOR** |
   | | **RELIEF FROM THE AUTOMATIC STAY** |
15 | | |
   | | Date:    April 1, 2019 |
16 | | Time:    10:00 a.m. |
   | | Place:   Courtroom 1568 |
17 | | 255 East Temple Street |
   | | Los Angeles, California 90012 |
18

19

20        Brad D. Krasnoff, the Chapter 7 trustee (the "Trustee") for the estate of Rogelio Gonzalez

21 and Carol Gonzalez (the "Debtors"), on the one hand, and Specialized Loan Servicing LLC

22 ("Specialized Loan Servicing"), as successor in interest for Wells Fargo Bank, N.A. ("Wells

23 Fargo"), on the other hand, through their respective counsel, hereby stipulate as follows:

24                              RECITALS

25        1.      The Debtors' bankruptcy case was commenced on or about July 16, 2018, when the

26 Debtors filed a voluntary petition for relief under Chapter 7 of title 11 of the United States Code.

27

28

1539029.1  1818075A                        1

1    2.    On or about August 30, 2018, Wells Fargo filed its Motion for Relief from the

2    Automatic Stay *(docket no. 10)* (the "Motion") in relation to a parcel of real property commonly

3    known as 47 Oak Cliff Drive, Pomona, California 91766 (the "Property").

4    3.    On or about September 10, 2018, the Trustee filed his opposition to the Motion

5    *(docket no. 15)*, on the grounds that Wells Fargo was adequately protected.

6    4.    The parties attended a hearing on the Motion on September 24, 2018.

7    5.    There have been two prior Court approved continuances of the hearing on the

8    Motion.  The reason for the second continuance was to allow the Trustee time to market and sell

9    the Property.

10    6.    The Trustee is informed that Wells Fargo has assigned its loan in regard to the

11    Property to Specialized Loan Servicing.

12    7.    The Trustee is currently in negotiations with the Internal Revenue Service regarding

13    its liens against the Property and a potential carve-out to general unsecured creditors.  Accordingly,

14    the Trustee has requested a further continuance of the hearing date on the Motion for approximately

15    60 days, which Specialized Loan Servicing has agreed to.

16    8.    Accordingly, the parties hereby stipulate as follows:

17    <u>STIPULATION</u>

18    A.    The above recitals are incorporated herein by reference.

19    B.    The hearing date on the Motion currently scheduled for April 1, 2019 at 10:00 a.m.

20    should be continued for a period of approximately 60 days to a date and time convenient to the

21    Court.

22    C.    The Trustee will lodge an order approving and giving effect to this stipulation.

23

24    DATED: March 28, 2019              DANNING, GILL, DIAMOND & KOLLITZ, LLP

25

26                                        By: _____

27                                        SONIA SINGH
                                          Attorneys for Brad D. Krasnoff, Chapter 7 Trustee
28

1    DATED:  March 28 2019                 MALCOLM CISNEROS, A LAW CORPORATION

2

3                                          By: _____

4                                          MALCOLM CISNEROS
                                           Attorneys for Specialized Loan Servicing LLC, as
5                                          successor in interest for Wells Fargo Bank, N.A.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1539029.1  1818075A

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1900 Avenue of the Stars, 11th Floor, Los Angeles, CA 90067-4402.

A true and correct copy of the foregoing document entitled (specify):  STIPULATION TO CONTINUE HEARING DATE ON MOTION OF WELLS FARGO BANK, N.A. FOR RELIEF FROM THE AUTOMATIC STAY  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date)  March 28, 2019  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2.  SERVED BY UNITED STATES MAIL**:
On (date)  March 28, 2019 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date)  March 28, 2019 , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

PERSONAL DELIVERY ALSSI TO BE DELIVERED BY 3/29/19
The Honorable Ernest M. Robles
U.S. Bankruptcy Court
Roybal Federal Building
Bin outside of Suite 1560
255 E. Temple Street
Los Angeles, CA 90012

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 28, 2019 | Gloria Ramos | /S/ Gloria Ramos |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                **F 9013-3.1.PROOF.SERVICE**

ADDITIONAL SERVICE INFORMATION (if needed):

## 1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

Eric P Israel on behalf of Trustee Brad D Krasnoff (TR)
eisrael@dgdk.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com

Brad D Krasnoff (TR)
BDKTrustee@dgdk.com, bkrasnoff@ecf.axosfs.com;DanningGill@gmail.com

Kerry P O'Brien on behalf of Debtor Rogelio Gonzalez
kpobrienatty@aol.com

Kerry P O'Brien on behalf of Joint Debtor Carol Gonzalez
kpobrienatty@aol.com

Cassandra J Richey on behalf of Creditor WELLS FARGO BANK, N.A.
cdcaecf@bdfgroup.com

Cassandra J Richey on behalf of Creditor Wells Fargo Bank, N.A.
cdcaecf@bdfgroup.com

Sonia Singh on behalf of Trustee Brad D Krasnoff (TR)
ss@dgdk.com, danninggill@gmail.com,ssingh@ecf.inforuptcy.com

Valerie Smith on behalf of Interested Party Courtesy NEF
claims@recoverycorp.com

Edward A Treder on behalf of Interested Party Courtesy NEF
cdcaecf@bdfgroup.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

## 2. SERVED BY U.S. MAIL

| *Debtor* | *Joint Debtor* | *Attorneys for Specialized Loan* |
|---|---|---|
| **Rogelio Gonzalez** | **Carol Gonzalez** | *Servicing LLC* |
| 47 Oak Cliff Dr | 47 Oak Cliff Dr | 2112 Business Center Drive |
| Pomona, CA 91766 | Pomona, CA 91766 | Irvine, CA  92612 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**